JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDREW MALDONADO, ) | No. CV 10-7879-JFW (PLA) |
| ) | |
| Petitioner, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL STAINER, Acting Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

        Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.


DATED:   March 20, 2012

                                    _____
                                    HONORABLE JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE